# Exhibit A:
# April 26, 2023 Inspection Report



United States Department of Agriculture
Animal and Plant Health Inspection Service

KD'APICE
**INS-0000868366**

## Inspection Report

THE TEENY TINY FARM LLC
1904 JENKINS MILL RD
SUFFOLK, VA 23437

Customer ID: **501549**
Certificate: **52-C-0289**
Site: 001
THE TEENY TINY FARM LLC

Type: ROUTINE INSPECTION
Date: 26-APR-2023

### 2.75(b)(1)

**Records: Dealers and exhibitors.**

The facility's records of acquisition and disposition of animals are incomplete and do not contain all required information. Current records do not contain the name, full address and USDA license number (or drivers license number if not USDA licensed) of the individual or facility from whom they were acquired. Acquisition and disposition records are also missing a date of purchase or disposal, including for births and deaths at the facility.

Complete and accurate record keeping by the facility is necessary to trace animal movement in the event of a disease outbreak and also provides accountability and accurate identification of regulated animals during inspection. Correct by ensuring that records are accurate and complete in accordance with section 2.75(b)(1) of the Animal Welfare Act and regulations. Correct by May 5, 2023.

### 2.134(a)

**Contingency planning.**

The facility has not developed a complete written plan to provide humane care for handling animals in the event of an emergency or disaster.

Correct by developing and maintaining a written plan to provide guidance for the appropriate care of the animals during emergencies that could reasonably be anticipated. The plan shall address specific tasks required to be carried out in response to the identified emergencies, personnel responsible for the actions to be taken, chain of command, etc., as required in Section 2.134 of the Animal Welfare Act and regulations. Correct by May 19, 2023.

### 3.131(d)

**Sanitation.**

The facility is not achieving effective management of pests. The barn where the zebu calves are housed at night has a very large number of black flies. Fly strips were present however a multitude of flies were swarming in the barn and the current pest control measures are not sufficient at maintaining insect pests at an acceptable level.

**Prepared By:** KRISTINA D'APICE
USDA, APHIS, Animal Care
**Title:** VETERINARY MEDICAL OFFICER

**Date:** 08-MAY-2023

**Received by Title:** Licensee

**Date:** 08-MAY-2023



United States Department of Agriculture  
Animal and Plant Health Inspection Service

KD'APICE  
INS-0000868366

## Inspection Report

Correct by establishing and maintaining a safe and effective program for the control of insects, ectoparasites, avian and mammalian pests. Correct by May 19, 2023.

This inspection and exit interview were conducted with the licensee.

**Prepared By:**  KRISTINA D'APICE  
USDA, APHIS, Animal Care  
**Title:**  VETERINARY MEDICAL OFFICER

**Date:** 08-MAY-2023

**Received by Title:**  Licensee

**Date:** 08-MAY-2023



United States Department of Agriculture  
Animal and Plant Health Inspection Service

Customer: 501549  
Inspection Date: 26-Apr-2023

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 501549 | 52-C-0289 | 001 | THE TEENY TINY FARM LLC | 26-APR-2023 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000001 | *Bos taurus* | CATTLE / COW / OX / WATUSI |
| 000016 | *Capra hircus* | DOMESTIC GOAT |
| 000011 | *Oryctolagus cuniculus* | DOMESTIC RABBIT / EUROPEAN RABBIT |
| 000003 | *Cavia porcellus* | DOMESTIC GUINEA PIG |
| 000003 | *Sus scrofa domestica* | DOMESTIC PIG / POTBELLY PIG / MICRO PIG |
| 000011 | *Ovis aries aries* | SHEEP INCLUDING ALL DOMESTIC BREEDS |
| 000005 | *Bos primigenuis indicus* | ZEBU |
| 000004 | *Lama glama* | LLAMA |
| 000003 | *Lama pacos* | ALPACA |
| 000057 | **Total** | |



UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT OF ANIMALS (Other Than Dogs and Cats)

| A. Container/Tag/Crate/Pen Number | B. Number Animals | C. Previous Invoice Number | D. Individual Identification | E. Species | F. Number Young | G. Age/Sex | H. Est. Weight | I. Came From | J. | K. Receiver's Use |
|---|---|---|---|---|---|---|---|---|---|---|
| Molly | | | | Sh | | F | | Born Here | | |
| Ricky | | | | Sh | | M | | Connie Wright | | |
| Zoe | | | | G | | F | | Original | | |
| Goblin | | | | G | | F | | Donated | | |
| Nugget | | | | Sh | | F | | Born Here | | |
| Sasha | | | | P | | F | | Born Here | | |
| Pumpkin | | | | P | | F | | Craigslist | | |
| Humphrey | | | | LL | | M | | Tennessee Sale | | Retired |
| Hero | | | | G | | M | | Cookeville | | Retired |
| Bert | | | | G | | M | | Cookeville | | Retired |
| Ernie | | | | C | | M | | Full River Farm | | Retired |
| Cheddar | | | | | | | | | | |

APHIS FORM 7020 NOV 2020

CFR:2.75(b)(1)

**Photographer:** Kristina D'Apice  **Certificate:** 52-C-0289
**Date and Time:** 4/26/2023 12:00 PM  **Legal Name:** THE TEENY TINY FARM LLC
**Inspection No:** 2016090000868367  **Facility Name:** THE TEENY TINY FARM LLC
**Description:** Incomplete acquisition and disposition records including missing seller information