# Exhibit C:
# August 30, 2023 Inspection Report



United States Department of Agriculture
Animal and Plant Health Inspection Service

KD'APICE
**INS-0000891836**

## Inspection Report

**THE TEENY TINY FARM LLC**  
1904 JENKINS MILL RD  
SUFFOLK, VA 23437

Customer ID: **501549**  
Certificate: **52-C-0289**  
Site: 001  
THE TEENY TINY FARM LLC

Type: ATTEMPTED INSPECTION  
Date: 30-AUG-2023

**2.126(b)**   Repeat

**Access and inspection of records and property; submission of itineraries.**

A responsible adult was not available to accompany APHIS Officials during the inspection process starting at 10:27 AM on 30-AUG-2023. The inspector first attempted to make contact at the facility starting at 10:27am via phone calls and text messages to the licensee and a facility representative. At 10:52am, contact was made via phone with a second facility representative who resides in a different state. The representative stated that no responsible adult would be present to facilitate an inspection today.

Additional Inspectors:

Rachel Perez-Baum, VETERINARY MEDICAL OFFICER

**Prepared By:** KRISTINA D'APICE  
USDA, APHIS, Animal Care  
**Title:** VETERINARY MEDICAL OFFICER  
**Date:** 06-SEP-2023

**Received by Title:** Licensee  
**Date:** 06-SEP-2023

Page 1 of 1



United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 501549
Inspection Date: 30-Aug-2023

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 501549 | 52-C-0289 | 001 | THE TEENY TINY FARM LLC | 30-AUG-2023 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000000 | NONE | NONE |
| 000000 | Total | |