# Exhibit J:

# January 18, 2024 Letter of Information

**USDA** United States Department of Agriculture

**Animal and Plant Health Inspection Service**

**Animal Care
4700 River Road
Riverdale, MD
20737**

January 18, 2024

Overnight Delivery via UPS:
#1Z072R5R1593683879

Kelly Harrington
dba The Teeny Tiny Farm, LLC
1904 Jenkins Mill Road
Suffolk, VA 23437

Dear Ms. Harrington:

As a licensed Class C Exhibitor, you are required to comply with the Animal Welfare Act (7 U.S.C. § 2131 *et seq*.) (AWA or Act), and the regulations (9 C.F.R. Part 2) (regulations) and standards (9 C.F.R. Part 3) (standards) issued thereunder.

On December 13, 2023, an APHIS Official attempted to conduct an inspection of your facility, however, a responsible adult was not available to accompany the APHIS Official during the inspection process. Despite multiple attempts to contact you and the other representatives listed for your facility, the inspection could not be conducted. This is the fifth consecutive unsuccessful attempt to inspect your facility in 2023 due to your unavailability.

Unannounced inspections by APHIS Officials are essential to ensure that licensees, including exhibitors, are in compliance with the AWA, and the regulations and standards. For this reason, the AWA and the regulations require that exhibitors provide APHIS Officials access to their place of business and the facilities, animals, and records required to be kept during business hours. (7 U.S.C. § 2146; 9 C.F.R. § 2.126). Failure to provide access to the facility, animals, and records for an APHIS Official to conduct an inspection is a serious violation of the AWA and regulations because it undermines the ability of APHIS to ensure the health and well-being of your animals and your compliance with the Act, regulations and standards. Failure to comply with these requirements may result in enforcement action, including but not limited to an administrative enforcement proceeding that may result in license suspension or revocation, a cease-and-desist order, and/or the assessment of civil penalties.

Since violations of the Act and its regulations and standards may result in serious consequences, APHIS is providing you with this Letter of Information. Please note that this Letter of Information is not to be construed as a final agency action or an adjudicated finding of a violation.

If you have any questions concerning this letter or the inspection process, please contact the APHIS office phone number or email address listed below.

An Equal Opportunity Provider and Employer

Sincerely,



Dr. Andrew Jones, DVM
Assistant Director, AWO
USDA, APHIS, Animal Care

CC:    File
Dr. Jeffrey Shepherd, Assistant Director AWO
Dr. Christina Radzai, Acting Supervisory Animal Care Specialist
Dr. Kristina D'Apice, Veterinary Medical Officer
Dr. Anna Bagwell, Acting Director AWO

An Equal Opportunity Provider and Employer